1  Jennifer S. Romano (State Bar No. 195953)
   jromano@crowell.com
2  Nathanial J. Wood (State Bar No. 223547)
   nwood@crowell.com
3  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
4  Los Angeles, CA 90071
   Telephone: 213.622.4750
5  Facsimile:  213.622.2690

6  Samrah R. Mahmoud (State Bar No. 285168)
   smahmoud@crowell.com
7  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
8  Irvine, CA 92614
   Telephone: 949.263.8400
9  Facsimile:  949.263.8414

10 Attorneys for Defendant
   TALBERT MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prime Healthcare La Palma, LLC, a Delaware limited liability company doing business as La Palma Intercommunity Hospital,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Talbert Medical Group, Inc., a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 8:16-cv-4619<br><br>[State Complaint No. 30-2016-00852336-CU-CO-CJC]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  May 26, 2016<br>Case removed: June 24, 2016<br>Current response date:  July 1, 2016<br>New response date:  July 31, 2016<br><br>On removal from California Superior Court for the County of Orange |

CROWELL & MORING LLP
ATTORNEYS AT LAW

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT BY NO MORE THAN 30 DAYS
(L.R. 8-3); CASE NO. 8:16-CV-4619

LAACTIVE-602403328.1

1   WHEREAS Plaintiff Prime Healthcare La Palma, LLC ("Plaintiff") served the Complaint in this action on May 26, 2016;

3   WHEREAS Defendant Talbert Medical Group, Inc. ("Talbert") removed this action to the Central District of California on June 24, 2016;

5   WHEREAS the current deadline for Talbert to answer or otherwise respond to the Complaint is July 1, 2016;

7   WHEREAS Plaintiff has agreed to extend this deadline by thirty (30) days;

8   THEREFORE IT IS HEREBY STIPULATED AND AGREED that Defendant Talbert Medical Group, Inc. shall have an extension of time to and including July 31, 2016 to answer or otherwise respond to Plaintiff's Complaint.

Dated:   June 24, 2016                              CROWELL & MORING LLP

                                                    */s/  Jennifer S. Romano*
                                                    Jennifer S. Romano
                                                    Attorneys for Defendant
                                                    Talbert Medical Group, Inc.

Dated:   June 24, 2016                              PRIME HEALTHCARE

                                                    */s/  Sepand Akhavanhaidary*
                                                    Sepand Akhavanhaidary
                                                    Attorneys for Plaintiff
                                                    Prime Healthcare La Palma, LLC

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1-   STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS
(L.R. 8-3); CASE NO. 8:16-CV-4619

LAACTIVE-602403328.1